UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES S. BENEDICT et al., <br><br> Plaintiffs, <br><br> -against- <br><br> ROBERT MANFRED, COMMISSIONER OF BASEBALL et al., <br><br> Defendants. | 24-CV-04314 (MMG) <br><br> **NOTICE OF DEFENDANTS' MOTION TO DISMISS** |

     **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Fifth Amended Complaint, Defendants move this Court, before the Honorable Margaret M. Garnett at the United States District Court for the New York Southern District, 40 Foley Square, New York, NY, 10007, at a date and time to be determined by the Court, for an Order dismissing Plaintiffs' Fifth Amended Complaint in its entirety with prejudice and without leave to replead, and granting such other relief as the Court deems just and proper, pursuant to Federal Rule of Civil Procedure 12(b)(2), 12(b)(3) and/or 12(b)(6).

Dated:  February 28, 2025

                PROSKAUER ROSE LLP

                *s/ Elise M. Bloom*
                Elise M. Bloom
                Neil H. Abramson
                Adam M. Lupion
                Eleven Times Square
                New York, New York 10036
                Tel. 212.969.3410
                ebloom@proskauer.com
                nabramson@proskauer.com
                alupion@proskauer.com

***Attorneys for Defendants Robert Manfred, The Office of the Commissioner of Baseball, AZPB, L.P., Atlanta National League Baseball Club, Inc., Atlanta National League Baseball Club, LLC, Braves Holding, LLC, Boston Red Sox Baseball Club, L.P., Chicago Cubs Baseball Club, LLC, Chicago White Sox, Ltd., The Cincinnati Reds, LLC, Cleveland Guardians Baseball Company, LLC, Colorado Rockies Baseball Club, Ltd., Detroit Tigers, Inc., Houston Astros, LLC, Kansas City Royals Baseball Club LLC, Angels Baseball LP, Los Angeles Dodgers LLC, Marlins Teamco LLC, Milwaukee Brewers Baseball Club, Inc., Milwaukee Brewers Baseball Club, L.P., Minnesota Twins, LLC, Sterling Mets, L.P., New York Yankees Partnership, Athletics Investment Group LLC, The Phillies, Pittsburgh Associates, Padres L.P., San Diego Padres Baseball Club, L.P., San Francisco Baseball Associates LLC, Baseball Club of Seattle, LLLP, St. Louis Cardinals, LLC, Tampa Bay Rays Baseball Ltd., Rangers Baseball Express, LLC, Rangers Baseball, LLC, Rogers Blue Jays Baseball Partnership, Rogers Communications Inc., Washington Nationals Baseball Club, LLC***

                FAEGRE DRINKER BIDDLE & REATH LLP

                *s/ Lawrence G. Scarborough*
                Lawrence G. Scarborough
                1177 Avenue of the Americas

41st Floor
New York, NY 10036
Telephone: 212-248-3141
lawrence.scarborough@faegredrinker.com


*s/ Desmonne A. Bennett*
Desmonne A. Bennett (*admitted pro hac vice*)
1144 15th Street, Suite 3400
Denver, CO 80202
Telephone: 303-607-3500
desmonne.bennett@faegredrinker.com

***Attorneys for Defendant Baltimore Orioles Limited Partnership Inc.***