

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2025
```

March 7, 2025

Elise M. Bloom
Member of the Firm
d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

**By ECF**

Honorable Margaret M. Garnett
U.S. District Court Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *Benedict, et al v. Manfred, et al*
               Civil Action No. 24-cv-04314 (MMG)

Dear Judge Garnett:

The parties write jointly pursuant to your January 29, 2025 Order concerning a schedule for briefing on Defendants' Motion to Dismiss and for conducting discovery. (Dkt. 97 at 4). The parties have met and conferred, and propose that Plaintiffs' opposition be due on March 31, 2025, and Defendants' reply be due on April 30, 2025. Plaintiffs reserve the right to request to file a sur-reply. Defendants intend to oppose any such request.

In addition, the parties have agreed to stay discovery pending the Court's disposition of Defendants' Motion to Dismiss. However, Plaintiffs reserve the right to seek jurisdictional discovery. Defendants intend to oppose any request for jurisdictional discovery.

Thank you for your attention to this matter.

> GRANTED. Plaintiffs' opposition is due on **March 31, 2025**, and Defendants' reply is due on **April 30, 2025**. Discovery is stayed pending the Court's disposition of Defendants' motion to dismiss, without prejudice to any request Plaintiffs may make to seek jurisdictional discovery.
>
> SO ORDERED. Dated March 11, 2025.
>
> *[signature]*
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

Respectfully submitted,

**PROSKAUER ROSE LLP**

*s/ Elise M. Bloom*
Elise M. Bloom
Neil H. Abramson
Adam M. Lupion

Counsel for all Defendants other than Baltimore Orioles Limited Partnership Inc.

**FAEGRE DRINKER BIDDLE & REATH LLP**

*s/ Desmonne A. Bennett*

Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Paris | São Paulo | Washington, DC

**Proskauer**

Hon. Margaret M. Garnett
March 7, 2025
Page 2

                                  Lawrence G. Scarborough
                                  Desmonne A. Bennett (*admitted pro hac vice*)

                                  Counsel for Baltimore Orioles Limited Partnership Inc.

                                  **KILGORE & KILGORE, PLLC**

                                  */s/ Eric N. Roberson*

                                  Eric N. Roberson
                                  Counsel for Plaintiffs