IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 24-CV-04314: (MMG)

JAMES S. BENEDICT, ET AL

Plaintiffs,

v.

ROBERT MANFRED, COMMISSIONER OF BASEBALL, ET AL

Defendants.

NOTICE OF CHANGE OF FIRM

Plaintiff's counsel Robert E. Goodman, Jr. hereby gives notice of a change of his law

firm affiliation from Kilgore & Kilgore, PLLC to Robert E. Goodman, Jr., PLLC.

Respectfully submitted,

Robert E. Goodman, Jr., PLLC

/s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.,
Texas Bar No. 08158100
Robert E. Goodman, Jr. PLLC
5450 Wateka Drive
Dallas, Texas 75209
(214) 801-4861
Email: bob@reglawpllc.com

COUNSEL TO PLAINTIFF

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing was served by this Court's electronic filing system to counsel of record this 1st day of June 2026:

<u>/s/ Robert E. Goodman, Jr.</u>
Robert E. Goodman, Jr.